THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEAN EDDIS, on behalf of herself and all those similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MIDLAND FUNDING, L.L.C. and PRESSLER & PRESSLER, L.L.P.,<br><br>    Defendants. | HON. JEROME B. SIMANDLE<br><br>Civil No. 11-3923 (JBS/AMD)<br><br>**ORDER** |

This matter having come before the Court on Defendant's motion to dismiss [Docket Item 14]; the Court having considered the submissions of the parties in support thereof and opposition thereto; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this     **22nd**     day of **February, 2012** hereby

ORDERED that Defendant's motion to dismiss shall be and hereby is **GRANTED**; and it is further

ORDERED that the Clerk of the Court shall close this docket.

                                           **s/ Jerome B. Simandle**
                                           JEROME B. SIMANDLE
                                           Chief United States District Judge